

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00564-CR

ROY DALE GLOVER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 506th District Court of Grimes County.   (Tr. Ct. No. 14199).

**TO THE 506TH DISTRICT COURT OF GRIMES COUNTY, GREETINGS:**

Before this Court, on the 25th day of September 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 28, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered September 25, 2014.

Panel consists of Justices Higley, Bland, and Sharp. Opinion

delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

